IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM, | 1:13-cv-01623-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| vs. | (Doc. 8.) |
| C. ETCHEBEHERE, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | (Doc. 3.) |

Bilal Ahdom ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 11, 2013, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief be denied.  (Doc. 8.)  Plaintiff was provided an opportunity to file objections to the findings and recommendation within twenty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued by the Magistrate Judge on October 11, 2013, are ADOPTED IN FULL; and

2. Plaintiff's motion for preliminary injunctive relief, filed on October 9, 2013, is DENIED.

IT IS SO ORDERED.

Dated: November 20, 2013

SENIOR DISTRICT JUDGE