# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BILAL AHDOM,

        Plaintiff,

    vs.

C. ETCHEBEHERE, et al.,

        Defendants.

1:13-cv-01623-AWI-GSA-PC

ORDER VACATING FINDINGS AND
RECOMMENDATIONS OF FEBRUARY 4,
2014
(Doc. 11.)

      Bilal Ahdom ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 9, 2013.  (Doc. 1.)

      On February 4, 2014, the court entered findings and recommendations, recommending that this action be dismissed for Plaintiff failure to comply with the court's orders of October 10, 2013 and November 25, 2013, which required Plaintiff to sign and return the court's consent/decline form indicating whether he will consent to Magistrate Judge jurisdiction in this case.  (Doc. 11.)   On February 13, 2014, Plaintiff filed objections to the findings and recommendations, apologizing to the court for inadvertently failing to return the court's form. (Doc. 13.)  Plaintiff also returned the court's form, consenting to Magistrate Judge jurisdiction. (Doc. 12.)   In light of the fact that Plaintiff has now complied with the court's orders, and good cause appearing, the findings and recommendations shall be vacated.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the court's findings and recommendations, entered on February 4, 2014, are VACATED.

IT IS SO ORDERED.

Dated:   __**February 18, 2014**__                    _____**/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE