UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BILAL AHDOM, | Case No. 1:13-cv-01623-RRB |
| Plaintiff, | |
| vs. | **NOTICE RE: MOTION TO DISMISS** |
| C. ETCHEBEHERE, *et al.*, | |
| Defendants. | |

Plaintiff is proceeding *pro se* in this civil action. Defendant filed a motion to dismiss under Federal Rule of Civil Procedure 12(b).[1] The Court hereby notifies Plaintiff of the following rights and requirements for opposing the motion:[2]

1. Unless otherwise ordered, all motions to dismiss must be briefed in accordance with Local Rule 230(l).

2. Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion to dismiss.[3] If Plaintiff fails to file an opposition or a statement of nonopposition to the motion, this action may be dismissed, with prejudice, for failure to prosecute. Unless the time is extended by order of the Court, the opposition or statement

---

[1] Docket 29.

[2] *See Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Wyatt v. Terhune*, 315 F.3d 1108 (9th Cir. 2003).

[3] Local Rule 230(l).

ORDER RE: MOTION TO DISMISS
*Ahdom v. Lopez*, 1:13-cv-01623-RRB – 1

of non-opposition must be filed not more than 21 days after the date of service of the motion.[4]

3. Defendant has filed a motion to dismiss on the grounds that Defendant is not a proper party and that Plaintiff fails to allege that Defendant intentionally burdened Plaintiff's religious beliefs in violation of the Free Exercise Clause of the First Amendment.

4. The failure of any party to comply with this order, the Federal Rules of Civil Procedure, or the Local Rules of the Eastern District of California may result in the imposition of sanctions including but not limited to dismissal of the action or entry of default.

**IT IS SO ORDERED** this 28th day of April, 2016.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[4] *Id.* If served by mail, the time to respond is increased by three (3) days from the date the motion is mailed. Fed. R. Civ. P. 6(d).

ORDER RE: MOTION TO DISMISS
*Ahdom v. Lopez*, 1:13-cv-01623-RRB – 2