UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>             Plaintiff,<br><br>vs.<br><br>C. ETCHEBEHERE, *et al.*,<br><br>             Defendants. | Case No. 1:13-cv-01623-RRB<br><br>**ORDER GRANTING MOTION<br>AT DOCKET 38** |

At **Docket 38** Defendant C. Etchebehere has moved for an extension of time within which to make the initial disclosures required under the Court's Scheduling and Planning Order.[1]  For good cause shown, the request for additional time to file initial disclosures is **GRANTED**.  The parties are granted through and including **Wednesday, September 14, 2016**, within which to make their Rule 26(a)(1) disclosures.

**IT IS SO ORDERED** this 31st day of August, 2016.

                                                              S/ RALPH R. BEISTLINE
                                                              UNITED STATES DISTRICT JUDGE

---

[1] Docket 36.

ORDER EXTENDING TIME