XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
ANDREW WHISNAND, State Bar No. 300739
Deputy Attorney General
California Office of the Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-6758
  Fax: (916) 324-5205
  E-mail:  Andrew.Whisnand@doj.ca.gov
*Attorneys for Defendant C. Etchebehere*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BILAL AHDOM,**<br><br>                      Plaintiff,<br><br>v.<br><br>**C. ETCHEBEHERE, et al.,**<br><br>                      Defendants. | 1:13-cv-01623-DAD-GSA (PC)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE ECF No. 57 AS AN IMPROPER SURREPLY**<br><br>Judge:     The Honorable Gary S. Austin<br><br>Action Filed:  October 9, 2013 |

On May 5, 2017, Plaintiff filed a document entitled "Plaintiff's Response to Defendant's Reply to His Opposition to Motion for Summary Judgment and Motion for an Order Requesting Security" (ECF No. 57), which appears to be an improper surreply.[1]  The Eastern District Local Rules provide for a motion, an opposition, and a reply.  Local Rule 230(l).  Neither the Eastern District Local Rules nor the Federal Rules of Civil Procedure provide the right to file a surreply.  And although the Court has inherent discretion to either permit or preclude a surreply, here the Court neither requested a surreply, nor granted a request on behalf of Plaintiff to file one.  *See*

---

[1] Defendant filed her motion for summary judgment on January 20, 2017 (ECF No. 44), Plaintiff filed an opposition on April 12, 2017 (ECF No. 52), and Defendant filed a reply on April 19, 2017 (ECF No. 54).

1

*U.S. ex rel. Meyer v. Horizon Health Corp.*, 565 F.3d 1195, 1203 (9th Cir. 2009) (commenting on district court's discretion to strike what it viewed as an "inequitable surreply.")

  Therefore, Defendant respectfully requests that the Court strike Plaintiff's surreply.

Dated:  May 19, 2017            Respectfully submitted,

                    XAVIER BECERRA
                    Attorney General of California
                    TRACY S. HENDRICKSON
                    Supervising Deputy Attorney General

                    */s/ Andrew J. Whisnand*

                    ANDREW WHISNAND
                    Deputy Attorney General
                    *Attorneys for Defendant*
                    *C. Etchebehere*

SA2016100790
32881406.doc

2

Mem. P. & A. Supp. Def.'s Mot. Strike ECF No. 57 (1:13-cv-01623-DAD-GSA (PC))