# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>       Plaintiff,<br><br>vs.<br><br>C. ETCHEBEHERE, et al.,<br><br>       Defendants. | 1:13-cv-01623-DAD-GSA-PC<br><br>ORDER VACATING MOTIONS IN LIMINE FROM COURT'S CALENDAR (ECF No. 49.) |

Bilal Ahdom ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 6, 2017, pursuant to the court's July 8, 2016, Scheduling and Planning Order,[1] Defendant Etchebehere filed motions in limine. (ECF No. 49.)

As a rule, the parties' motions in limine are not considered until the case is scheduled for trial. Presently, this case has not been scheduled for trial. In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, the hearing on the motions and the motions in limine themselves are HEREBY DEEMED VACATED from the court's calendar until such time as this case is scheduled for trial.

IT IS SO ORDERED.

    Dated: __July 5, 2017__                 **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] At the time the Scheduling and Planning Order was issued, this case was assigned to District Judge Ralph R. Beistline. (ECF No. 36.) On December 16, 2016, the case was reassigned to District Judge Dale A. Drozd and Magistrate Judge Gary S. Austin. (ECF No. 43.)