UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>       Plaintiff,<br><br>   vs.<br><br>C. ETCHEBEHERE, et al.,<br><br>       Defendants. | 1:13-cv-01623-DAD-GSA-PC<br><br>ORDER STRIKING REPLY<br>(ECF No. 71.) |

## I. BACKGROUND

Bilal Ahdom ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 9, 2013. (ECF No. 1.) This case now proceeds on Plaintiff's Second Amended Complaint, filed on December 8, 2015, against defendant Associate Warden C. Etchebehere ("Defendant") for violation of Plaintiff's rights under the Free Exercise Clause of the First Amendment. (ECF No. 24.)

On October 24, 2017, Plaintiff filed a request for leave to file a reply to Defendant's response to Plaintiff's objections. (ECF No. 70.) On October 26, 2017, Plaintiff filed the reply. (ECF No. 71.) On October 27, 2017, the court issued an order denying Plaintiff's

request to file the reply. (ECF No. 72.) Pursuant to the court's October 27, 2017, order, Plaintiff's reply shall be stricken[1] from the record as impermissibly filed.[2]

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's reply Defendant's response to Plaintiff's objections, filed on October 26, 2017, is STRICKEN from the record.

IT IS SO ORDERED.

    Dated:   **November 2, 2017**                **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 5 at 2 ¶II.A.)

[2] The court's order was prepared prior to entry of Plaintiff's reply on the docket.